**Ronnie M. BELK, Plaintiff–Appellant,**

v.

**Officer DICKERHOFF, Defendant–
Appellee,**

**and**

**Superintendent Sorrell Saunders; Assistant Superintendent Randy Turner; Sergeant McNeil, Defendants.**

No. 07–7363.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 20, 2008.

Decided: April 17, 2008.

Ronnie M. Belk, Appellant Pro Se. James Philip Allen, North Carolina Department of Justice, Raleigh, North Carolina, for Appellee.

Before GREGORY and SHEDD, Circuit Judges, and WILKINS, Senior Circuit Judge.

PER CURIAM:

Ronnie M. Belk appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Belk v. Dickerhoff*, No. 5:06–ct–03071–H (E.D.N.C. Oct. 19, 2006; Aug. 14, 2007). We grant Belk's motion to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*